UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:   ERIC P. NEAL                                          CASE NO.13-36397-mdm
         ROSA M. NEAL                                          CHAPTER 13

                    Debtors.

**OBJECTION OF  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3 TO MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM**

NOW COMES Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 ("Creditor"), by its attorneys, Kohner, Mann & Kailas, S.C., to object to the motion to participate in the local mortgage modification mediation program and, in support of its objection, states as follows:

1.      Eric P. Neal & Rosa M. Neal ("Debtors") previously applied for loan modification, financial information was reviewed, and modification was denied in December 2013 because the current monthly payment already met standards for affordability.

2.      Creditor declines to participate in the voluntary mortgage modification mediation program due to recent prior review and denial.

WHEREFORE, Creditor requests that the Court enter an Order denying Debtor's motion to participate in the local mortgage modification mediation program and any further relief as may be just and equitable.

Dated this 19th day of February, 2014.

                                          KOHNER, MANN & KAILAS, S.C.
                                          Attorneys for Creditor

                                          By:  /s/ Michael A. Fowdy
                                               Michael A. Fowdy
Post Office Address:                           Attorney No. 1064776
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 962-5110
Facsimile:  (414) 962-8725

KMK File: 10001273

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In Re:  ERIC P. NEAL                                    CASE NO.13-36397-mdm
        ROSA M. NEAL                                    CHAPTER 13

                Debtors.

---

## CERTIFICATE OF SERVICE

---

STATE OF WISCONSIN          )
                            ) SS
COUNTY OF MILWAUKEE         )

       I, the undersigned, hereby certify that on 02/19/2014, I caused a true copy of the foregoing **Objection of Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 to Debtors' Motion to Participate in Mortgage Modification Mediation Program,** to be served upon the following parties by Notice of Electronic Filing:

       Mary B. Grossman, Chapter 13 Trustee
       Nathan E. DeLadurantey, Debtors Attorney
       Office of the U.S. Trustee

       I also caused to be manually served a true copy of the documents described above in a properly first-class, postpaid envelope bearing sender's name and return address, and addressed and mailed to:

       Eric P. Neal and
       Rosa M. Neal
       4266 N. 75th Street
       Milwaukee, WI 53216

                           By:  /S/ Michael A. Fowdy
                                 Michael A. Fowdy

Subscribed and sworn to before me
this 19th day of February, 2014.

/s/ Audrey Harris
Notary Public, Milwaukee County, WI

My commission expires:   1/11/2015

KMK File: 10001273