# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

December 08, 2016

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: Eric P Neal & Rosa M Neal
    Case No. 13-36397-GMH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1315387 in the amount of $1,918.00. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1304551

Original Payee:    Eric P Neal & Rosa M Neal
                   4266 North 75Th Street
                   Milwaukee, WI  53216

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG

cc: file